STEVEN AMES BROWN
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Telephone
415/285-3048 Fax
sabrown@entertainmentlaw.com

*Attorney for Plaintiff*

Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
Brett J. Arnold (Bar No. 266740)
brettarnold@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLENE LOVE ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GOOGLE INC. ) <br> ., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 3:16-cv-00290-WHO <br><br> **JOINT STIPULATION AND ORDER TO EXTEND ALL DEADLINES AND EVENTS IN CASE** |

1     WHEREAS Plaintiff Darlene Love ("Plaintiff") filed her complaint on January 19, 2016;

2     WHEREAS Plaintiff and Defendant Google Inc. ("Google") have twice before stipulated
3 to allow Google additional time to respond to the complaint (Dkt. 8 (extending time to March 14,
4 2016); Dkt. 17 (extending time to April 13, 2016);

5     WHEREAS Plaintiff and Google have been discussing resolution of this action without
6 the need for further litigation and have a good faith belief that Plaintiff will dismiss the action
7 with prejudice within one month of the filing of this stipulation;

8     WHEREAS, in between now and then, several deadlines occur requiring significant
9 investment of time and resources by the Court, including the case management conference, and
10 by the parties, including the parties meeting and conferring on Rule 26 issues and the case
11 management statement, initial disclosures, and Google's filing of its response to the complaint;

12     WHEREAS, in light of the foregoing, Plaintiff and Google desire to avoid an
13 unnecessary expense of time and resources by the Court and the parties;

14     NOW THEREFORE, pursuant to Local Rule 6-1(b), Plaintiff and Google, by and
15 through their counsel of record, hereby stipulate and agree to extend all deadlines and events in
16 this case by 30 days, except by 28 days for the case management statement and initial case
17 management conference, as reflected in the schedule below:

| Deadline or Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan | March 30, 2016 (Dkt. 4) | April 29, 2016 |
| file ADR Certification signed by Parties and Counsel | March 30, 2016 (Dkt. 4) | April 29, 2016 |
| file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | March 30, 2016 (Dkt. 4) | April 29, 2016 |

| Answer, move to dismiss, or otherwise respond to complaint (by Google) | April 13, 2016 (Dkt. 17) | May 13, 2016 |
|---|---|---|
| File Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report | April 13, 2016 (Dkt. 4) | May 13, 2016 |
| File Case Management Statement | April 12, 2016 (Dkt. 19) | May 10, 2016 |
| Initial Case Management Conference | Tuesday, April 19, 2016 (Dkt. 19) | Tuesday, May 17, 2016 |

DATED: March 28, 2016

STEVEN AMES BROWN

By: __/s/ Steven Ames Brown__
     Steven Ames Brown

*Attorney for Plaintiff Darlene Love*

DATED: March 28, 2016

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: __/s/ Margret M. Caruso__
     Margret M. Caruso
     Rachel Herrick Kassabian
     Brett Arnold

*Attorneys for Defendant Google Inc.*

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: March 29, 2016

_____
Honorable William H. Orrick
United States District Judge

JOINT STIPULATION TO EXTEND ALL DEADLINES AND EVENTS IN CASE 3:16-cv-00290-WHO -3-